UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA      )
                                            )
v.                                       )         No. 3:10-00004
                                            )         JUDGE CAMPBELL
WOODY MEDLOCK, SR., et al.        )


## ORDER

Pending before the Court are the following Motions, which are DENIED, as moot:

Defendant Woody H. Medlock, Sr's Motion In Limine Number 2 To Exclude Evidence Of Or Reference To Certain Video Taken During The Execution Of The Search Warrant (Docket No. 177); Defendant Woody H. Medlock, Sr's Motion In Limine Number 3 To Exclude Evidence Of Or Reference To Firearms Seized Or Documented During The Execution Of The Search Warrant (Docket No. 178); Defendant Woody H. Medlock, Sr's Motion In Limine Number 4 To Exclude Evidence Of Or Reference To Animals Documented During The Execution Of The Search Warrant (Docket No. 179); Defendant Woody H. Medlock, Sr's Motion In Limine Number 7 To Prohibit References to The "Golden Rule Argument" (Docket No. 182); Defendant Woody H. Medlock, Sr's Motion In Limine Number 8 To Exclude Evidence Of Or Reference To The Wealth Or Financial Status Of The Defendants (Docket No. 183); and Defendant Woody H. Medlock, Sr's Motion In Limine Number 11 To Exclude The Introduction Of 404(b) Evidence (Docket No. 186).

The Response (Docket No. 200) of the Government represents that it does not intend to offer the evidence, or make the arguments, referred to in Defendants' Motions. Accordingly, the Motions are Moot.

The Government shall not offer any of the evidence, or make any of the arguments, referred to in Defendants' Motions without prior notice to the Defendants and the Court.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE