UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR., et al. | ) | |

ORDER

On May 31, 2013, the Government orally moved to dismiss the forfeiture allegations of the Second Superseding Indictment regarding funds seized from Pinnacle National Bank accounts ending in #9018 and #1686. The Defendants did not object. The Court GRANTED the motion to dismiss.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE