UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR. | ) | |

ORDER

Pending before the Court is a Motion for Extension of Time to Self-Report (Docket No. 381) and the Government's Response (Docket No. 383).

The Motion (Docket No. 381) is GRANTED. Defendant Woody H. Medlock, Sr. shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on March 14, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE