UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:10-00004 |
| ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR. and ) | |
| KATHY MEDLOCK, ) | |

## ORDER

Pending before the Court is the United States' Motion to Supplement the Record for Purposes of Appeal (Docket No. 404). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE