UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00004 |
| | ) | JUDGE CAMPBELL |
| WOODY H. MEDLOCK, SR., | ) | |

ORDER

Pending before the Court is the United States' Motion to Continue Status Conference (Docket No. 417). The Motion is GRANTED.

The status conference scheduled for September 10, 2015, is CONTINUED to October 1, 2015, at 2:30 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE